# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUCHI NAOMI O., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 22-0572 FMO (PD) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed, and no objections have been received. The Court hereby accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Report and Recommendation is accepted and Judgment be entered reversing the ALJ's decision and remanding this action to the Agency for further proceedings.

Dated this 19th day of May 2023.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE