JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUCHI NAOMI O., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 22-0572 FMO (PD) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the ALJ's decision is REVERSED and this action is REMANDED to the Agency for further proceedings.

Dated this 19th day of May 2023.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE